UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLYDE TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-1810 ) Judge Sharp |
| RICHARD MONTGOMERY, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Magistrate Judge Brown has issued a Report and Recommendation (Docket No. 18) in which he recommends that this case be dismissed without prejudice for failure to prosecute and to obey court Orders. He also recommends that any appeal not be certified as taken in good faith. Plaintiff has not filed any objections to the Report and Recommendation, despite being specifically informed of his opportunity to do so.

Having considered the matter *de novo* in accordance with Rule 73 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, (1) the Report and Recommendation (Docket No. 18) is hereby ACCEPTED and APPROVED; (2) this case is hereby DISMISSED WITHOUT PREJUDICE; and (3) the Court hereby CERTIFIES that any appeal would not be taken in good faith.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE